**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FILED
SEP 14 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

v.

CHRISTIAN RASHAD BAUGH,

No. 3:26-MJ- 65

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Reisch, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), and have been since May of 2015. I am currently assigned to the Richmond I Field Office, within the Washington Field Division. As part of my duties, I have experience and have received training regarding the investigation of federal crimes including, but not limited to domestic and international firearms trafficking, drug trafficking, possession of firearms by prohibited persons, violent crimes, and white collar crimes. By virtue of my employment with the ATF, I have performed various investigative tasks, including conducting arrests and executing Federal search warrants. As a Special Agent, I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7).

2. I make this affidavit in support of a criminal complaint charging the following individual, CHRISTIAN RASHAD BAUGH (hereinafter, "BAUGH") with making false statements during the purchase of firearms, in violation of 18 U.S.C. §§ 922(a)(6) and 2.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is being submitted for the limited purpose to show merely that there is sufficient probable cause for the requested arrest warrant and does not include all my knowledge about this investigation. I have identified facts that I believe are sufficient to charge BAUGH with the criminal conduct set forth herein.

## RELEVANT STATUTORY PROVISION

4. **False Statements During Purchase of Firearms:** 18 U.S.C. § 922(a)(6) provides that it is a crime for any person to knowingly make any false or fictitious oral or written statement in connection with the acquisition or attempted acquisition or any firearm or ammunition from a licensed dealer, when such false statement is intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale or disposition of such firearm.

5. **Aiding and Abetting:** 18 U.S.C. § 2 provides that "(a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal" and "(b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal."

## PROBABLE CAUSE

6. On or about March 3, 2023, BAUGH aided, abetted, induced, counseled, and encouraged another individual (hereinafter "Co-Conspirator 1" or "CC1") to knowingly make false and fictitious written statements, in the acquisition of two firearms, to wit: (1) a Glock 19, 9MM pistol, bearing serial number NAR698, and (2) a Glock 35, .40 caliber pistol, bearing serial number ULL447, from Green Top Sporting Goods, a licensed dealer of firearms within the

meaning of Chapter 44, Title 18, United States Code, and CC1 knowingly made a false and fictitious written statement to Green Top Sporting Goods, which statement was intended and likely to deceive Green Top Sporting Goods as to a fact material to the lawfulness of such sale of the firearms under chapter 44 of Title 18, in that CC1 did execute—aided and abetted by BAUGH—a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that CC1 was the actual buyer of the firearms, whereas in truth and fact, CC1 was purchasing the firearms for BAUGH.

7. On March 3, 2023, at approximately 3:49 p.m., BAUGH entered Green Top Sporting Goods at 10150 Lakeridge Parkway, Ashland, Virginia 23005 ("Green Top"). Approximately a minute later CC1 also entered Green Top. Between approximately 3:50 p.m. and 4:01 p.m., CC1 is visible on Green Top surveillance footage at the gun counter. The Green Top surveillance footage during this time frame shows CC1 holding a cell phone to his ear as if talking to someone by phone and also holding and looking at his phone as if texting someone while CC1 was at the Green Top gun counter. At approximately 3:59 p.m., CC1 moved to the register, or point of sale, portion of the gun counter—still intermittently using his phone—and just after 4:00 p.m., CC1 put a card into the point of sale machine, appearing to effect a transaction.

8. Before BAUGH and CC1 entered the Green Top, BAUGH and CC1 had the following conversation over text messages:[1]

[1] The text messages attributed to BAUGH in paragraphs 8, 9, and 12 were all obtained from CC1's phone pursuant to a June 2, 2023, federal search warrant of CC1's phone. Case No. 3:23sw84. BAUGH's messages herein were sent from the phone number (XXX) XXX-2409, which was listed with the contact "C3" in CC1's phone. BAUGH was then arrested on June 9, 2023, by Hanover County Sherriff's Office deputies for trespassing at Green Top. Hanover police took two phones from BAUGH on June 9, 2023—one from on top of the center console of the car BAUGH told police that he drove alone to Green Top and a second from his person. I

BAUGH (1:48:51 p.m.): "Coming now"

BAUGH (2:11:32 p.m.): "35"

CC1 (2:11:41 p.m.): "Bet"

BAUGH (2:12:48 p.m.): "You can do 2?"

CC1 (2:12:54 p.m.): "Yea"

9. While BAUGH and CC1 were inside Green Top, the following text message conversation transpired:

BAUGH (3:52:55 p.m.): "Think you good"

CC1 (3:53:10 p.m.): "We good pin"

BAUGH (3:54:33 p.m.): "4227"

10. Green Top sales records show that on March 3, 2023, CC1 purchased a Glock 19, 9mm pistol, bearing serial number NAR698, a Glock 35, .40 caliber pistol, bearing serial number ULL447, and a box of ammunition, totaling $1,037.59, which was charged to a "DEBIT CARD # XXXX8486." 8486 are the last four digits of BAUGH's CashApp card number, and BAUGH's CashApp account registered a "PINDEBIT" transaction of $1,037.59 to Green Top Sporting Goods at approximately 4:00 p.m. on March 3, 2023.

11. Green Top surveillance footage shows CC1 and BAUGH leaving the store together at approximately 4:05 p.m., after a Green Top employee checked the two firearms that CC1 purchased. CC1 filled out an ATF Firearms Transaction Record, Form 4473, to complete his purchase of the two Glock firearms on March 3, 2023. In Section B of the Form 4473, CC1

---

also obtained a federal search warrant for these phones on June 23, 2023. Case No. 3:23sw111. One of the phones seized from BAUGH during his June 9, 2023, arrest had the same (XXX) XXX-2409 phone number and listed the "owner" with the name "Cee3," much like the "C3" contact associated with the messages herein.

affirmed that he was "the actual transferee/buyer of all of the firearm(s) listed on this form" despite that the same portion of the form warned CC1 that he was "not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person."

12. CC1 bought two other firearms for BAUGH from Green Top in a similar manner on January 26, 2023. On January 25 and 26, 2023, in relevant part, BAUGH and CC1 had the following text message conversation:

a. January 25, 2023

BAUGH: "Tryna get right catch dat 23 gng Dey got cheap glees"

BAUGH: "Ain't tryna miss dem prices"

. . .

BAUGH: "Think you can smack joint tomorrow den?"

CC1: "We a super locked tomorrow my word gng"

BAUGH: "Dats a bet I'm cashapp ready"

b. January 26, 2023

CC1: "Ready leave the crib"

BAUGH: "Ta go up dere?"

CC1: "Yea"

BAUGH: "Bet"

CC1: "Which Glock"

BAUGH: "Which ones in dere"

BAUGH: "Nd how much"

CC1: "I see the 29"

BAUGH: "29 nd 21"

CC1: "Bet"

CC1: "Got. Both"

BAUGH: "Bet lmk how much"

CC1: "Bet"

13. Green Top records show that CC1 bought two firearms on January 26, 2023: (1) a Glock 29, 10MM pistol, bearing serial number BTYW618, and (2) a Glock 21, .45 caliber pistol, bearing serial number TES496. CC1 again filled out an ATF Form 4473, in which he affirmed that he was "the actual transferee/buyer of all of the firearm(s) listed on this form" despite that the same portion of the form warned CC1 that he was "not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person." The total cost for the Glock 29 and Glock 21 that CC1 bought on January 26, 2023, was $1,061.98. CashApp records for CC1 and BAUGH's CashApp accounts show that BAUGH sent CC1 $1,080.00 on January 26, 2023, approximately an hour before CC1's CashApp shows an "APPLE PAY PURCHASE" to Green Top for $1,061.98.

## CONCLUSION

14. Based on the information detailed above, I respectfully submit there is probable cause to charge CHRISTIAN RASHAD BAUGH with making false statements during the purchase of firearms, in violation of 18 U.S.C. §§ 922(a)(6) and 2.

Respectfully Submitted,

James Reisch
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED and SWORN before me this 14th day of September, 2026.

/s/ MRC

Honorable Mark R. Colombell
United States Magistrate Judge